UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS AREA COUNCIL, BOY SCOUTS OF AMERICA, INC., and LIBERTY MUTUAL INSURANCE CO., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:05 CV 1285 DDN |
| FARMERS INSURANCE COMPANY, INC., | ) ) ) | |
| Defendant. | ) | |

### ORDER

The court being advised that the parties have settled this action,

**IT IS HEREBY ORDERED** that the trial and other settings are vacated.

**IT IS FURTHER ORDERED** that the parties are granted thirty days from the date of this order in which to file papers disposing of this matter.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice as moot.

/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on June 22, 2006.